**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>TS STEEL, INC., <br><br>　　　　Defendant. | Case No. EDCV 11-01054 VAP (OPx) <br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs shall have judgment as follows:

　　Plaintiffs shall recover from Defendant TS Steel, Inc., $133,468.63 in delinquent contributions (pursuant to 29 U.S.C. § 1132(g)(2)(A)); $33,323.69 in liquidated damages (pursuant to 29 U.S.C. § 1132(g)(2)(C)(ii)); $12,484.71 in interest (pursuant to 29 U.S.C. §

1132(g)(2)(B)); and $1,032.50 in audit fees, for a total of $180.309.53.  Plaintiffs may also recover reasonable attorneys' fees and litigation costs, pursuant to 29 U.S.C. § 1132(g)(2)(D).

    Defendant is further ordered to submit its books and records to Plaintiffs for an audit of the time period between January 2012 and the present.

    The Court orders that such judgment be entered.

Dated: May 4, 2012

VIRGINIA A. PHILLIPS
United States District Judge