O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>T S STEEL, INC.,<br><br>　　　　Defendant. | Case No. EDCV 11-01054 VAP (OPx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>**[Motion filed on May 17, 2012]** |

On July 7, 2011, Plaintiffs Board of Trustees of the California Ironworkers Field Pension Trust, et al.,[1]

---

[1] Plaintiffs are: Board of Trustees of the California Ironworkers Field Pension Trust; Board of Trustees of the California Ironworkers Field Welfare Plan; Board of Trustees of the California Field Iron Worker Vacation Trust Fund; Board of Trustees of the California Field Iron Workers Apprenticeship Training and Journeyman Retraining Fund; Board of Trustees of the California and Vicinity Field Iron Workers Annuity Fund; Board of Trustees of the California Field Iron Workers Administrative Trust; Board of Trustees of the California Field Ironworkers Labor Management Cooperative Trust Fund; Board of Trustees of the Ironworkers Workers' Compensation Trust; and Board of Trustees of the Ironworker Management Progressive Action Cooperative
　　　　　　　　　　　　　　　　　　(continued...)

filed a Complaint alleging Defendant T S Steel, Inc. failed to pay required contributions to a "multiemployer plan," in violation of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(g), 1145.  (See Compl. (Doc. No. 1) ¶ 9.)

On April 5, 2012, Plaintiffs filed a Motion for Summary Judgment.  (Doc. No. 17.)  Defendant filed no opposition.  Plaintiffs presented evidence that Defendant failed to submit accurate or timely monthly reports and had not paid all of the contributions Defendant owed the Trust Funds for September through December 2010, and March through December 2011.  (See Resps. to Reqs. for Admis. (Doc. No. 17-5) ¶¶ 4, 5.)  On May 4, 2012, the Court granted Plaintiffs' Motion.  (Doc. No. 18.)

Pursuant to Section 1132(g)(2), the Court held that Plaintiffs were entitled to recover a total of $180,309.53 for deficiencies in Defendant's contributions to the Trust Funds, liquidated damages, interest on the unpaid contributions, and the Trust Funds' audit fees. (See id.)

Plaintiffs filed a Motion for Attorney's Fees on May 17, 2012.  (Doc. No. 21.)  Defendant filed no opposition.

---

[1](...continued)
Trust.

1 Plaintiffs seek attorney's fees of $15,030.00.[2]  The
2 Court GRANTS Plaintiffs' Motion.

   Plaintiffs are awarded $15,030.00 in attorney's fees for:

- 54.5 hours of work from November 18, 2010 to April 24, 2012, including preparing and filing the Complaint, preparing Rule 26 Joint Report, preparing Plaintiffs' Initial Disclosures, researching and preparing discovery requests, researching and preparing Motion for Summary Judgment, and corresponding with defense counsel and Plaintiffs' representative and auditor. (See Ex. B to Supplemental Decl. of Kerry K. Fennelly ("Supplemental Decl.")(Doc. No. 24-1); Supplemental Decl. at 2.)

- 6.1 hours of work from April 25, 2012 to May 11, 2012, including reviewing and analyzing the Court's ruling on Plaintiffs' Motion for Summary Judgment, communicating with defense counsel, and preparing the Motion for Attorney's Fees.

---

[2] Plaintiffs amended the award of $13,635.00 requested in Plaintiffs' Motion for Attorney's Fees to reflect an additional 6.2 hours of work since that Motion was filed.

(See Supplemental Decl., Ex. B; Supplemental Decl. at 2-3.)

- 6.2 hours of work since May 17, 2012, including communicating with defense counsel, preparing a proposed settlement agreement, and researching and preparing Supplemental Memorandum in Support of Plaintiffs' Award of Attorney's Fees.  (See Supplemental Decl., Ex. B, C; Supplemental Decl. at 3.)

So Ordered.

Dated:  August 7, 2012

VIRGINIA A. PHILLIPS
United States District Judge

4