**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>            Plaintiffs, | CASE NO. 5:11-cv-01054-VAP-OP<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

|   |   |
|---|---|
| v. | ) |
| TS STEEL, INC., | ) |
| Defendant. | ) |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on May 7, 2012, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, shall have a Renewal of Judgment against Judgment Debtor TS STEEL, INC.

Renewal of money judgment against TS STEEL, INC.:

| | | | |
|---|---|---|---:|
| a. | Total Judgment | | $195,878.03 |
| b. | Costs after Judgment | | $0.00 |
| c. | Subtotal (a. and b.) | | $195,878.03 |
| d. | Credits after Judgment | | $26,000 |
| e. | Subtotal (d. from c.) | | $169,878.03 |
| f. | Interest after Judgment computed from | | |

|  | May 7, 2012 to April 26, 2022 at 0.19% | |
|---|---|---|
|  | accruing at $.88 per day | $3,249.98 |
| g. | Fee for filing renewal application | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | $173,128.01 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: April 27, 2022          Clerk, by _Sharon Hall Brown_, Deputy